F. K. McCutcheon, R. Noel Steed, contra.

---

### 9289.  DUNSON & BROTHERS COMPANY v. TRUITT COMPANY.

LUKE, J.  The decision of this court in Truitt Co. v. Dunson & Brothers
Co., 20 Ga. App. 535 (93 S. E. 149), settled and fixed the respective
rights of the parties to the fund over which the litigation arose.  The
court did not err in sustaining the demurrer to the amended inter-
vention and in rendering judgment in favor of Truitt Company in
accord with that decision.

> Judgment affirmed.  Wade, C. J., and Jenkins, J., concur.
> DECIDED APRIL 11, 1918.

Money rule; from city court of LaGrange—Judge Harwell. September 20, 1917.

*M. U. Mooty,* for plaintiff in error. *E. T. Moon,* contra.